IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ANTHONY L. COOPER,

        Plaintiff,

v.                                      4:07cv379-WS

CHARLIE CRIST, et al.,

        Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 12) docketed October 7, 2008. The magistrate judge recommends that the plaintiff's motion to proceed *in forma pauperis* (doc. 9) and motion to amend (doc. 10) be denied pursuant to 28 U.S.C. § 1915(g). He also recommends that the plaintiff's first amended complaint be dismissed without prejudice to the plaintiff's filing an amended complaint upon payment of the full $350.00 filing fee. The plaintiff's copy of the report and recommendation was returned to the court as undeliverable. Doc. 13. The Department of Corrections' website reveals that the plaintiff was released from custody on September 24, 2008.

Although it is his responsibility to do so, the plaintiff has not provided the court with a current address. Without a current address, the court has no way to

communicate with the plaintiff.  Although it appears that the plaintiff's release from custody may have mooted the plaintiff's claims for relief, the court will defer entering judgment of dismissal to allow an additional thirty days for the plaintiff to provide the court with a current address.  If the plaintiff fails to provide a current address on or before December 12, 2008, the clerk is directed to enter judgment of dismissal, without prejudice, without further order of the court.

Accordingly, it is ORDERED:

1.  The plaintiff's motion to proceed *in forma pauperis* (doc. 9) is DENIED.

2.  The plaintiff's motion to amend (doc. 10) is DENIED.

3.  The plaintiff's complaint and this action will be DISMISSED WITHOUT PREJUDICE if the plaintiff fails to provide a current address on or before December 12, 2008.

4.  If no current address is provided on or before December 12, 2008, the clerk shall enter judgment of dismissal, without prejudice, accordingly.

DONE AND ORDERED this    12th    day of   November  , 2008.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:07cv379-WS